UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID FRANKLIN WEST,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>　　　　Defendants. | Case No. C07-0617RSL<br><br>ORDER DENYING PLAINTIFF'S OBJECTIONS |

　　　　This matter comes before the Court on plaintiff's objections (Dkt. #22) to the order of this Court dismissing certain defendants. Although this Court signed the order, it was recommended for entry by The Honorable James P. Donohue, United States Magistrate Judge.

　　　　Plaintiff objects because he does not consent to have Magistrate Judge Donohue recommend or take any action in his case. However, a magistrate judge may make recommendations and certain rulings in this case without the parties' consent pursuant to 28 U.S.C. §636(b)(1), Local Rules MJR 3 and 4, and Fed. R. Civ. P. 72.

ORDER - 1

1   Accordingly, the Court DENIES plaintiff's objections.

3   DATED this 6th day of November, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 2