UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID FRANKLIN WEST,                    )    Case No.  C07-617RSL
                                        )
            Plaintiff,                  )
                                        )
    v.                                  )
                                        )    ORDER OF DISMISSAL
JOEL ESKES,                             )
                                        )
            Defendant.                  )
_____ )

The Court, having reviewed plaintiff's amended complaint in this 42 U.S.C. § 1983

civil rights action, together with all materials in support of those documents, defendant's

"Motion to Dismiss Pursuant to FRCP 12(b) and 56," the Report and Recommendation of

United States Magistrate Judge James P. Donohue, the governing law and balance of the

record, does hereby ORDER:

(1)     The Court adopts the Report and Recommendation.

(2)     Defendant's Motion (Dkt. No. 28) is GRANTED and plaintiff's Amended

        Complaint (Dkt. No. 15) is DISMISSED with prejudice.

(3)     The Clerk of Court is directed to send copies of this Order to the parties and to

        Judge Donohue.

DATED this 17th day of September, 2008.

_____
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL – 1